THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Johnny Lee
 Garrett, Appellant.
 
 
 

Appeal From Sumter County
 Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2009-UP-451
 Submitted September 1, 2009  Filed
October 7, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, of
 Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM: 
 Johnny Lee Garrett appeals his conviction for criminal domestic violence of a
 high and aggravated nature.  Garrett asserts the trial court erred in failing
 to charge the defense of accident.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Garrett's
 appeal and grant counsel's motion to be relieved. [1]
APPEAL
 DISMISSED.  
Short, Williams,
 and Geathers, J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.